UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  8:19-CR-00098-JLS                                                                 Date:  December 18, 2020

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter     NONE

| Melissa Kunig | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SETH KELLY GIFFORD | NOT | | | N/A | | | |

**PROCEEDINGS:   (IN CHAMBERS) ORDER RE COMPASSIONATE RELEASE MOTION**

 The Court denied Defendant's Motion for Compassionate Release on September 22, 2020.  (Doc. 49, Sept. 22, 2020 Order on Motion for Sentence Reduction.)  Since that time, one additional document mailed by Defendant has been filed by the Clerk. (*See* Doc. 50 (Defendant's "supplemental filing").)

 Therein, Defendant purports to respond to the Government's request that, if the Court ordered release, it be given the opportunity to brief conditions of Defendant's release, including a release plan and a quarantine period.  (*Id.* at 1; *cf.* Doc. 47, Govt. Response at 4.)  Defendant attaches as exhibits a number of documents related to his anticipated release.  (*See* Doc. 50 at 5-9.)

 The lack of a release plan was not a basis for the Court's denial of Defendant's Motion for Compassionate release.  (*See* Sept. 22, 2020 Order (concluding Defendant failed to establish an "extraordinary and compelling reason" for release and concluding that he remains a danger to the community).)  Defendant's supplemental filing therefore does not alter the Court's conclusions.  Accordingly, to the extent that Defendant impliedly seeks relief, it is denied.

 **IT IS SO ORDERED.**

                                                                                                Initials of Deputy Clerk:  mku